

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

November 20, 2021

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

  On behalf of our client, Ghislaine Maxwell, we respectfully submit this letter in response to the government's letter motion, dated November 11, 2021, requesting that the Court find that the birth certificates for the alleged Minor Victims (GX-11 through GX-16) are self-authenticating under the Federal Rules of Evidence.

  We have reviewed the government's submission and, in the interests of facilitating an efficient trial, we are prepared to stipulate to the authenticity of the birth certificates for alleged Minor Victim-1 (GX-12), Minor Victim-2 (GX-13), Minor Victim-4 (GX-11), Minor Victim-5 (GX-14), and Minor Victim-6 (GX-15).  We will coordinate with the government to produce an appropriately worded stipulation as to the authenticity of these exhibits.

  However, the government itself concedes that it has not yet proffered a sufficient foundation to authenticate the birth certificate of Witness-3 (GX-16).  *See* 11/11/2021 Gov't Ltr. at 1 n.2.  According to GX-16, Witness-3 was born ███████████.  In order for such a record to be self-authenticating as a foreign public document, the government must meet the requirements of Rule 902(3) of the Federal Rules of Evidence, which it has not yet done.  The

The Honorable Alison J. Nathan
November 20, 2021
Page 2

defense is not prepared to stipulate to the authenticity of a document when the foundation for its authenticity has not yet been established. The defense is willing to reconsider its position if the government can produce the attestations and certifications required to authenticate GX-16 under Rule 902(3).

Respectfully submitted,

   /s/ Christian Everdell
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022
(212) 957-7600

cc:    All Counsel of Record (By Email)