```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
United States                          :      ORDER

v.                                     :      S2 20 Cr. 330 (AJN)

Ghislaine Maxwell                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/22

Upon the annexed application of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling ▇▇▇▇▇▇ to testify at a hearing in *United States v. Ghislaine Maxwell*, S2 20 Cr. 330 (AJN) scheduled for March 8, 2022, and upon the declaration of Assistant United States Attorney Lara Pomerantz, submitted in support thereof; and it appearing that,

1. ▇▇▇▇▇▇ is scheduled to appear as a witness at a hearing in this case scheduled for March 8, 2022; and,

2. ▇▇▇▇▇▇ has refused to testify on the basis of his privilege against self-incrimination; and,

3. It is the judgment of the United States Attorney that the testimony that ▇▇▇▇▇▇ could give may be necessary to the public interest; and,

Upon the approval of the aforesaid application by the Department of Justice, by the Assistant Attorney General, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175; it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, ▮ give testimony at said hearing; and

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against ▮ in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

This Order shall become effective only if after the date of this Order ▮ ▮ refuses to testify on the basis of his privilege against self-incrimination.

_____
The Honorable Alison J. Nathan
United States District Judge

Dated: New York, New York
       March 8, 2022

2