# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax  

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

June 26, 2022

Honorable Alison J. Nathan  
Sitting By Designation  
United States District Court  
40 Foley Square  
New York, NY 10007

                         Re:  *United States v. Ghislaine Maxwell*  
                                 S2 20 Cr. 330 (AJN)

Dear Judge Nathan:

      In connection with the upcoming sentencing proceeding and supplementing Ms. Maxwell's Sentencing Memorandum (Dkt. 663) as Exhibit K, enclosed please find a letter from an MDC inmate in general population expressing her positive impressions of Ms. Maxwell.

                                                         Very truly yours,

                                                            /s/

                                                     BOBBI C. STERNHEIM

Enc.

cc: Counsel of Record

# EXHIBIT K

When Ghislane Maxwell first arrived in the unit, she introduced herself to everyone with a handshake. "Hi I'am Maxwell" She says with a smile genuine and kind. It took all of us by surprise. Within one week of Maxwell arriving, she had volunteered to teach ESL, Teach Yoga, and help women with their GED. I believe It's important to know that there are also positive opinions, some of which are among inmates in the unit. I believe that is also good to point out the good in people. ~Tatiana Venegas