UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Ghislaine Maxwell,<br><br>     Defendant. | 1:20-cr-330 (AJN) |

**NOTICE OF APPEARANCE**

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case. Please transmit electronic filings to Jordan.Fox@usdoj.gov.

Respectfully submitted,

/s/ Todd Blanche_____
TODD BLANCHE
Deputy Attorney General
(202) 514-2101

1