UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,        1:20-CR-00330-PAE

vs.

GHISLAINE MAXWELL.
_____/

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, David Oscar Markus hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Ghislaine Maxwell in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 21, 2025                        Respectfully submitted,

                                             **MARKUS/MOSS** PLLC
                                             40 N.W. Third Street, PH1
                                             Miami, Florida 33128
                                             Tel: (305) 379-6667
                                             markuslaw.com

                                             By:   /s/ David Oscar Markus
                                                   David Oscar Markus
                                                   Florida Bar Number 119318
                                                   dmarkus@markuslaw.com