UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                1:20-CR-00330-PAE

vs.

GHISLAINE MAXWELL.

_____/

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, David Oscar Markus, hereby deposes and states as follows under penalty of perjury:

1.  I am an attorney at Markus/Moss PLLC.

2.  I submit this Affidavit in support of my Motion to Appear Pro Hac Vice in this case.

3.  I am in good standing in the bar of the State of Florida. Certificate of Good Standing is annexed hereto.

4.  I have never been convicted of a felony.

5.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.  There are no disciplinary proceedings presently against me.

7.  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 21, 2025

_____
David Oscar Markus

NOTARIZED

CARMEN C AGUERO
Notary Public - State of Florida
Commission # HH 256882
My Comm. Expires Jun 12, 2026
Bonded through National Notary Assn.