UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,  1:20-CR-00330-PAE

vs.

GHISLAINE MAXWELL.
_____/

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of David Oscar Markus, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

David Oscar Markus
MARKUS/MOSS PLLC
40 NW 3RD STREET, PH1
MIAMI, FL 33128
Telephone: (305) 379-6667
Fax: (305) 379-6668
dmarkus@markuslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Ghislaine Maxwell in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/22/2025

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE