UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,        1:20-CR-00330-PAE

vs.

GHISLAINE MAXWELL.
_____/

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in this case for Defendant Ghislaine Maxwell.

Dated: July 22, 2025                    Respectfully submitted,

                                        **MARKUS/MOSS** PLLC
                                        40 N.W. Third Street, PH1
                                        Miami, Florida 33128
                                        Tel: (305) 379-6667
                                        markuslaw.com

                                        By:   /s/ Melissa Madrigal
                                              Melissa Madrigal
                                              Bar Number MM0200
                                              mmadrigal@markuslaw.com