UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

Defendant.

---

20 Cr. 330 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Government's application to unseal the grand jury transcripts in this case is pending before the Court, Dkt. 785, and the Government's July 29, 2025 submission suggests, although it does not squarely state, that the Government is seeking as well to unseal the exhibits put before the grand jury, Dkt. 796. As proposed by the Government, the items disclosed would be redacted so as not to disclose victim-related or other personally identifiable information. Dkt. 785 at 2. The Government has furnished the Court with the transcripts and exhibits, indicating as to each the portions that the Government proposes to redact if the motion to unseal is granted.

To assist the Court in its review of this application, the Court directs the Government, by Monday, August 4, 2025, to provide the Court with a letter:

1. Stating whether the Government moves to unseal the grand jury exhibits as well as the transcripts, or just the transcripts.

2. Identifying with specificity the grand jury exhibits, as redacted for proposed release, that are not already part of the public record. In making this assessment, the Government should take into account whether the unredacted portions of these

exhibits were received in evidence during trial in this case, otherwise disclosed on the docket of this case, or disclosed in the course of civil litigation, *see, e.g.*, *Giuffre v. Maxwell*, 15 Civ. 7433 (LAP).

3. Identifying with specificity the information testified to in the grand jury transcripts, as redacted for proposed release, that is not already part of the public record, taking into account the sources above.

The Government is authorized to publicly file, in redacted form, its letter responding to this order.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 31, 2025
New York, New York