UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA,

— against —

GHISLAINE MAXWELL,

                        Defendant.

------------------------------------------------------------ X

20 CR. 330 (PAE)

**ORDER GRANTING MOTION TO WITHDRAW**

Upon consideration of the Motion to Withdraw, it is **HEREBY ORDERED THAT** Christian R. Everdell and Mark S. Cohen of Cohen & Gresser LLP are granted leave to withdraw as co-counsel for defendant Ghislaine Maxwell in the above-captioned matter.

Dated: \_\_August 4_____, 2025

                                                                       *Paul A. Engelmayer*
                                                   The Honorable Paul A. Engelmayer
                                                   United States District Judge