UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
UNITED STATES OF AMERICA

v.

GHISLAINE MAXWELL,

           Defendant.

------------------------------------------------- x

20 Cr. 330 (PAE)

# NOTICE OF MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jeffrey S. Pagliuca and Laura A. Menninger, we respectfully move this Court for an Order pursuant to Local Rule 1.4 permitting ourselves and Haddon, Morgan & Foreman, P.C. to withdraw as co-counsel for defendant Ghislaine Maxwell.

Dated: August 5, 2025.

           Respectfully submitted,

           *s/ Jeffrey S. Pagliuca*
           *s/ Laura A. Menninger*
           Jeffrey S. Pagliuca
           Laura A. Menninger
           945 N. Pennsylvania St.
           Denver, CO 80203
           Phone: 303-831-7364

           *Attorneys for Ghislaine Maxwell*