UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 20 Cr. 330 (PAE) |
| GHISLAINE MAXWELL, | |
| Defendant. | |

------------------------------------------------------x

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

Upon consideration of the Motion to Withdraw, it is HEREBY ORDERED THAT Jeffrey S. Pagliuca and Laura A. Menninger of Haddon, Morgan & Foreman, P.C. are granted leave to withdraw as co-counsel for defendant Ghislaine Maxwell in the above-captioned matter.

Dated: _____, 2025.

_____
The Honorable Paul A. Engelmayer
United States District Judge