UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

　　　　　　　　　Defendant.

---

20 Cr. 330 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This Order publicly dockets one additional letter, submitted to the Government this afternoon on behalf of a victim in this case, regarding the Government's request to unseal defendant Maxwell's grand jury materials. This letter, which is attached, supplements the five letters submitted yesterday, which the Court previously docketed. *See* Dkt. 804. The Court understands that no redactions to this letter are needed to protect victims' privacy interests.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 6, 2025
　　　　New York, New York

# August 6, 2025 Victim Letter

**PANISH SHEA RAVIPUDI** LLP

11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Phone 310.477.1700
Fax 310.477.1699
panish.law

August 6, 2025

**VIA E-MAIL**

SDNY Victim and Witness Coordinator
United States Attorney's Office
26 Federal Plaza, 37th Floor
New York, New York 10278
Email: USANYS.EpsteinMaxwellVictims@usdoj.gov

Re: **Unsealing of Grand Jury Transcripts in U.S. v. Epstein, 19-cr-490 (RMB) and U.S. v. Maxwell, 20-cr-330 (PAE)**

Dear SDNY Victim and Witness Coordinator:

I represented a victim identified as Jane Doe in *U.S. v. Maxwell*, 20-cr-330. Please be advised I am hereby joining in the letter submitted to you previously on August 5, 2025 on behalf of victim Annie Farmer by her attorney Sigrid McCawley.

With that said, I am strongly opposed to any portions of the grand jury transcripts being released that would in any way identify the victims. If any materials are released, the victims' names and other identifying information should be redacted.

Very truly yours,

*/s/ R. Glassman/*

Robert S. Glassman