# MARKUS / MOSS

December 3, 2025

*By ECF*

The Honorable Paul A. Engelmayer
United States District Judge
United Sates District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    *United States v. Ghislaine Maxwell*, 20-CR-330 (PAE)**

Dear Judge Engelmayer:

Understanding that President Trump has signed the Epstein Transparency Act into law, Ms. Maxwell does not take a position regarding the government's request to unseal the grand jury transcripts and modify the protective order.

At the same time, Ms. Maxwell respectfully notes that shortly she will be filing a habeas petition *pro se*. Releasing the grand jury materials from her case, which contain untested and unproven allegations, would create undue prejudice so severe that it would foreclose the possibility of a fair retrial should Ms. Maxwell's habeas petition succeed.

Respectfully submitted,

/s/ David Oscar Markus
David Oscar Markus
Melissa Madrigal

MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
T 305 379-6667
F 305 379-6668
markuslaw.com