UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

                Defendant.

20 Cr. 330 (PAE)
25 Civ. 10468 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 17, 2025, defendant Ghislaine Maxwell filed a *pro se* motion to vacate her conviction and sentence, pursuant to 28 U.S.C. § 2255. Along with the motion, Maxwell filed numerous exhibits. Promptly upon these filings, the Government notified the Court that Maxwell's filings had improperly identified victim(s) of her offense that to date, per Court order, have been kept confidential. The Court thereupon directed that Maxwell's filings be maintained under seal until they have been reviewed and appropriately redacted to protect the identities of victims. *See* Dkts. 821–822 (filed under seal). The Court has directed the Government to complete this process by January 6, 2026, at which point the Clerk of Court will docket Maxwell's filings as redacted. *See* Dkt. 824 (filed under seal).

As to the briefing schedule on Maxwell's motion:

- By March 31, 2026, the Government shall respond to the motion.
- By April 30, 2026, Maxwell shall file any reply.

This schedule is subject to the following caveat. On December 19, 2025, the Department of Justice ("DOJ") made publicly available various documents relating to Maxwell and Jeffrey Epstein, pursuant to the Epstein Files Transparency Act, Pub. L. No. 119-38, 139 Stat. 656

(2025), while stating that it will continue to review and release such material. *See, e.g.*, Dkt. 823 (DOJ letter describing its review process). It is possible that Maxwell may seek, on the basis of such documents, to amend her Section 2255 motion. In the event that Maxwell intends to do so, by February 17, 2026, she must file, on the docket of this case, either an amended motion or a declaration setting a date, not to exceed March 31, 2026, by which she will do so. Upon such a filing by Maxwell, the Court will set a revised briefing schedule on the Section 2255 motion.

The Court reminds Maxwell, in strong terms, that she is prohibited from including in any public filings any information identifying victim(s) who were not publicly identified by name during her trial. To assure compliance, the Court orders that Maxwell file any future amended motion (or exhibits) under seal. The Government shall then promptly review such filings and make any redactions necessary to ensure that victims' privacy and confidentiality interests are not compromised, and to furnish the redacted filings to the Clerk of Court for public filing.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2025
New York, New York

2