UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

Defendant.

20 Cr. 330 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On the evening of January 12, 2026, the Court received by email a motion, memorandum of law, and one exhibit from counsel representing United States Representatives Ro Khanna and Thomas Massie. The representatives seek to participate as *amici curiae* in this matter. The representatives, who co-sponsored the Epstein Files Transparency Act, allege that the Department of Justice ("DOJ") has failed, in multiple respects, to comply with the requirements of that Act. They ask the Court, *inter alia*, to appoint a Special Master to facilitate DOJ's compliance with the Act. Counsel for the Government and defendant Ghislaine Maxwell were copied on the email attaching these submissions.

To assure public access to these filings, the Court directs Siri & Glimstad LLP, the representatives' counsel, to file the above materials on the public docket of this case **forthwith (and no later than 1 p.m. today)**. The representatives' counsel are directed (and authorized by the Court) to file notice(s) of appearance on the docket of this case by the same deadline.

The Court also directs the Government to respond by letter publicly filed on the docket. The Government's response should address the issues implicated by the representatives' motion. These include, but need not be limited to, (1) whether the

representatives have standing to participate in this criminal case, including to raise issues concerning DOJ's compliance with the Act that have not been raised in this matter by any party or victim; and (2) whether the Court—by virtue of its supervision of the protective order in this case or otherwise—has the authority to rule upon (or take action to bring about) DOJ's compliance with the Act.  The Government's response is due Friday, January 16, 2026.  Should defendant Ghislaine Maxwell wish to be heard on this matter, any letter from, or on behalf of, her is also due January 16, 2026.  Should the representatives wish to file a reply, it is due Tuesday, January 20, 2026, at 5 p.m.


        SO ORDERED.


                                              Paul A. Engelmayer
                              _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: January 13, 2026
        New York, New York