UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GHISLAINE MAXWELL<br><br>                    Defendant. | No. 1:20-cr-330 (PAE) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Sonal Jain, who is a member in good standing of the bar of this Court, hereby appears as counsel for *Amici Curiae,* Congressmen Thomas Massie and Ro Khanna, in the above-captioned action.

Dated:   January 13, 2026
             New York, New York

Respectfully Submitted,

*/s/ Sonal Jain*
Sonal Jain
(NY Bar ID 5855275)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (888) 747-4529
sjain@sirillp.com

*Counsel for Amici Curiae, Congressmen Thomas Massie and Ro Khanna*