UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GHISLAINE MAXWELL<br><br>                    Defendant. | No. 1:20-cr-330 (PAE) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Elizabeth A. Brehm, who is a member in good standing of the bar of this Court, hereby appears as counsel for *Amici Curiae,* Congressmen Thomas Massie and Ro Khanna, in the above-captioned action.

Dated:  January 13, 2026
            New York, New York

Respectfully Submitted,

*/s/ Elizabeth A. Brehm*
Elizabeth A. Brehm
(NY Bar ID 4660353)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (888) 747-4529
ebrehm@sirillp.com

*Counsel for Amici Curiae. Congressmen Thomas Massie and Ro Khanna*