UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GHISLANE MAXWELL,<br><br>　　　　　Defendant. | Case No. 20 Cr. 330 (PAE) |

**NOTICE OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MEMBERS OF THE UNITED STATES CONGRESS IN SUPPORT OF NEITHER PARTY**

PLEASE TAKE NOTICE that Movants Congressmen Thomas Massie and Ro Khanna (the "**Congressmen**"), through their counsel, Siri & Glimstad LLP, hereby move this Court for leave to file an *amici curiae* brief requesting the appointment of appointment of a Special Master and Independent Monitor to compel the Department of Justice (DOJ) to make mandatory production under the Epstein Files Transparency Act.

This motion is based upon this Notice of Motion, the concurrently filed memorandum of law and its accompanying exhibit, and upon all such other and further evidence as may be presented to the Court.

Dated: January 12, 2026
　　　New York, NY

　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　**SIRI & GLIMSTAD LLP**

　　　　　　　　　　　　　　　　　*/s/ Aaron Siri*
　　　　　　　　　　　　　　　　　Aaron Siri
　　　　　　　　　　　　　　　　　NY Bar ID 4321790
　　　　　　　　　　　　　　　　　*(Admitted to SDNY on 9/12/2006)*
　　　　　　　　　　　　　　　　　Elizabeth A. Brehm
　　　　　　　　　　　　　　　　　NY Bar ID 4660353
　　　　　　　　　　　　　　　　　*(Admitted to SDNY on 2/26/2019)*
　　　　　　　　　　　　　　　　　Sonal Jain
　　　　　　　　　　　　　　　　　NY Bar ID 5855275
　　　　　　　　　　　　　　　　　*(Admitted to SDNY on 12/13/2022)*

1

745 Fifth Avenue, Suite 500<br>
New York, New York 10151<br>
Telephone: (888) 747-4529<br>
aaron@sirillp.com<br>
ebrehm@sirillp.com<br>
sjain@sirillp.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January 2026, pursuant to Federal Rules of Criminal Procedure 49(a), I electronically submitted the foregoing NOTICE OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES IN SUPPORT OF NEITHER PARTY and MEMORANDUM OF LAW IN SUPPORT via email to EngelmayerNYSD@Chambers@nysd.uscourts.gov and copied counsel for Defendant and the government.

Dated: January 12, 2026                                          Respectfully submitted,

                                                                 */s/ Aaron Siri*
                                                                 Aaron Siri