UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GHISLANE MAXWELL,<br><br>Defendant. | Case No. 20 Cr. 330 (PAE) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MEMBERS OF THE UNITED STATES CONGRESS IN SUPPORT OF NEITHER PARTY**

Movants Congressmen Thomas Massie and Ro Khanna (the "**Congressmen**"), through their counsel, Siri & Glimstad LLP, hereby move this Court for leave to file an *amici curiae* brief requesting the appointment of appointment of a Special Master and Independent Monitor to compel the Department of Justice (DOJ) to make mandatory production under the Epstein Files Transparency Act.

## INTRODUCTION

District courts have wide discretion to accept *amicus* briefs. The Congressmen are Members of the United States House of Representatives who sponsored the Epstein Files Transparency Act, Public Law 119-38 (the "**Act**"). As advocates of greater transparency, the Congressmen seek this court's leave to file an *amici curiae* brief requesting that this Court appoint a Special Master and Independent Monitor to compel the Department of Justice (the "**DOJ**") to make mandatory production under the Act. The Congressmen possess unique expertise in the area of transparency as leads of the Act and therefore request this Court to grant them leave to file an *amici curiae* brief outlining the reasons why the Court should appoint an independent body to oversee that the DOJ adheres to the mandates of the Act.

1

Defendant Maxwell takes no position with regard to the filing of an *amici curiae* brief, whereas the DOJ has advised counsel for the Congressmen that the Government intends to oppose the Congressmen's request. For the reasons set forth below, the Court should grant the Congressmen leave to file their *amici curiae* brief which is attached hereto as Exhibit A.

## ARGUMENT

While "[t]here is no governing standard, rule or statute prescribing the procedure for obtaining leave to file an amicus brief in the district court[,]" [d]istrict courts have broad discretion to permit or deny an appearance as *amicus curiae* in a case." *Auto. Club of N.Y., Inc. v. Port Auth.*, No. 11 CIV. 6746 RJH, 2011 U.S. Dist. LEXIS 135391, *5 (S.D.N.Y. Nov. 22, 2011) (citation modified). "Federal courts have discretion to permit participation of amici where such participation will not prejudice any party and may be of assistance to the court." *Strougo v. Scudder, Stevens & Clark, Inc.*, No. 96 Civ. 2136 (RWS), 1997 U.S. Dist. LEXIS 12243 *7 (S.D.N.Y. Aug. 18, 1997) (citing *Vulcan Soc'y of NYC Fire Dep't, Inc. v. Civil Serv. Comm'n*, 490 F.2d 387, 391 (2d Cir. 1973)). "The usual rationale for *amicus curiae* submissions is that they are of aid to the court and offer insights not available from the parties." *Auto Club of NY, Inc.*, 2011 U.S. Dist. LEXIS 135391, *5.

Here, the *amici curiae* seek to advise the Court regarding their Congressional work on the Act and urge additional steps be taken to assure that the DOJ adheres to the mandatory disclosures required under the Act. As outlined in greater detail in the proposed *amici curiae* brief, the DOJ has not made adequate disclosures under the Act. Therefore, the Congressmen wish to propose that this Court appoint an independent body through its inherent powers to oversee the DOJ's production of documents from these proceedings under the Act. Proposed *Amici*'s brief is limited to matters not raised or fully addressed by either party to this action.

## **CONCLUSION**

For the foregoing reasons, the Congressmen respectfully request that the Court grant them leave to file their *amici curiae* brief.

Dated: January 12, 2026  
       New York, NY

Respectfully Submitted,

**SIRI & GLIMSTAD LLP**

*/s/ Aaron Siri*
Aaron Siri
NY Bar ID 4321790
(*Admitted to SDNY on 9/12/2006*)
Elizabeth A. Brehm
NY Bar ID 4660353
(*Admitted to SDNY on 2/26/2019*)
Sonal Jain
NY Bar ID 5855275
(*Admitted to SDNY on 12/13/2022*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (888) 747-4529
aaron@sirillp.com
ebrehm@sirillp.com
sjain@sirillp.com

*Counsel for Amici Curiae*