UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

Defendant.

---

20 Cr. 330 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 22, 2026, the Court set the current briefing schedule for defendant Ghislaine Maxwell's pending amended habeas petition. Dkt. 858 ("April 22 Order"). To assure victim privacy—given that Maxwell's original petition had improperly named victims of her offense, despite court orders directing that these identities be kept confidential—the Court ordered (1) Maxwell to file her briefs and supporting materials under seal, and (2) the Government thereafter to make the redactions necessary to protect victim confidentiality, and to file on the public docket (within two weeks of receiving Maxwell's reply) the amended petition, reply, and exhibits in redacted form. *Id.*

Today, the Court received, via its Pro Se Office, defendant Ghislaine Maxwell's reply and additional exhibits in support of her amended habeas petition, which she submitted on June 9, 2026. The Court will file these materials under seal by separate order, and provide them to the Government. By June 24, 2026, per the Court's April 22 Order, the Government shall make the redactions to Maxwell's amended petition, reply, and attachments necessary to protect victim confidentiality, and file these redacted materials on the public docket.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 10, 2026
       New York, New York