UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GHISLAINE MAXWELL,

Defendant.

20 Cr. 330 (PAE)

25 Civ. 10468 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 22, 2026, the Court set the current briefing schedule for defendant Ghislaine Maxwell's pending amended habeas petition.  Dkt. 858 ("April 22 Order").  To ensure victim privacy—given that Maxwell's original petition had improperly named victims of her offense, despite court orders directing that these identities be kept confidential—the Court ordered (1) Maxwell to file her briefs and supporting materials under seal, and (2) the Government thereafter to make the redactions necessary to protect victim confidentiality, and to promptly file on the public docket such redacted submissions.  *Id.*  That schedule ordered Maxwell to file any reply by June 9, 2026, which she did.

Today—nearly seven weeks after that deadline—the Court received, via its Pro Se Office, a "supplemental memorandum" and various exhibits submitted by Maxwell yesterday evening, in further support of her petition (collectively, "July 26 Supplement").  This filing was unauthorized and violated the Court's April 22 Order.  The Court will nonetheless accept and review the July 26 Supplement.  The Court does so lest Maxwell claim, in the event her petition is denied, that an argument of hers went unaddressed.  Maxwell, however, is not to submit any further filings.  Any such filings will not be considered.

The Court will arrange for the July 26 Supplement to be filed under seal, and transmit those materials to the Government under separate cover. By August 3, 2026, the Government shall make the redactions to those materials necessary to protect victim confidentiality, and file such redacted materials on the public docket.

The Court does not require the Government to file a response to Maxwell's July 26 Supplement. In the event the Court determines that a contention therein merits a response, the Court will commission one in an order on the docket.


SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 27, 2026
        New York, New York

2